THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMEL DALLUGE, <br><br> Petitioner, <br><br> v. <br><br> MONROE CORRECTIONAL COMPLEX, <br><br> Respondent. | CASE NO. C21-1503-JCC-TLF <br><br> ORDER |

The Court has reviewed Petitioner Amel Dalluge's petition for writ of habeas corpus (Dkt. No. 1), the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge (Dkt. No. 7), and the remaining record. The Court finds and ORDERS as follows:

(1) The Court ADOPTS the Report and Recommendation (Dkt. No. 7);

(2) The petition for writ of habeas corpus (Dkt. No. 1) is DISMISSED with prejudice;

(3) A certificate of appealability is DENIED; and

(4) The Clerk is DIRECTED to send copies of this Order to Petitioner and to the Honorable Theresa L. Fricke.

//

//

//

1    DATED this 2nd day of February 2022.

2

3

4

John C. Coughenour
5    UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
C21-1503-JCC-TLF
PAGE - 2